

NUMBER 13-00-00254-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ANTONIO C. LOPEZ, ET AL.,                                        Appellants,

v.

CONTINENTAL EAGLE CORPORATION,
ET AL.,                                                                    Appellees.

---

**On appeal from the 197th District Court of Cameron County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Benavides**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on April 5, 2001, due to the bankruptcy of one

of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. Since

the abatement there has been no activity in this appeal. On April 16, 2009, the Court

ordered the parties to file an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

Appellant responded to the order by informing the Court that the case should be reinstated and dismissed for want of prosecution. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 4th day of June, 2009.

2